| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | |
| 5 | MAIA T. PEREZ (MABN 672328)<br>Assistant United States Attorney |
| 6 | 150 Almaden Boulevard, Suite 900 |
| 7 | San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 8 | FAX: (408) 535-5066<br>Email: maia.perez@usdoj.gov |
| 9 | Attorneys for United States of America |

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MAIA T. PEREZ (MABN 672328)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Email: maia.perez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANT RIDDER,<br><br>    Defendant. | CASE NO. CR 17-00286 LHK<br><br>JOINT STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE |

## JOINT STIPULATION

The defendant, Grant Ridder, represented by Dan Barton, Esq., and the government, represented by Maia T. Perez, Assistant United States Attorney, respectfully request that the briefing schedule for the opposition and reply to Defendant's Motion for Compassionate Release be changed, such that the government's opposition shall be filed on February 9, 2021, and the defense's reply shall be filed on February 16, 2021. The government's opposition is currently due January 13, 2021.

On December 30, 2020, the Defendant simultaneously filed his *pro se* Motion for Compassionate Release and a separate Motion for Appointment of Counsel for Compassionate Release Proceeding. On January 5, 2021, the Court ordered the appointment of Dan Barton, Esq., as defense counsel in this matter. Defense counsel is new to this matter and requires time to review the motion and case materials in order to determine whether the defense will proceed with Defendant's current motion or will file an amended compassionate release motion on Defendant's behalf.

The parties therefore request to continue the briefing schedule, since litigating the current motion may be premature and may not be an efficient use of the Court's time and resources.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: January 5, 2021                                /s/
                                                    MAIA T. PEREZ
                                                    Assistant United States Attorney


Dated: January 5, 2021                                /s/
                                                    DAN BARTON
                                                    Counsel for Grant Ridder

2
JOINT STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE
CR 17-00286 LHK

[PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the government's opposition to Defendant's Motion for Compassionate Release be filed on February 9, 2021, and that Defendant's reply in support of his motion be filed on February 16, 2021.

IT IS SO ORDERED.

DATED: January 6, 2021

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING BRIEFING SCHEDULE
CR 17-00286 LHK

3