IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Grant Ridder,

      Petitioner,

v.

    Case No. 17-cr-000286 -LHK

**FILED**

UNITED STATES OF AMERICA,

      Respondent.

                /

**FEB 05 2021**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## SUPPLEMENT TO MOTION FOR COMPASSIONATE RELEASE

COMES NOW, Grant Ridder, pro se Petitioner/Defendant, and files with this
Court the following supplemental documents in support of his previously filed
Motion for Compassionate Release and respectfully requests that this Court file
his medical records under SEAL.

1. ATTACHMENT 1: Included are selected pages from Mr. Ridder's BOP Medical Records
   in support of his Motion for Compassionate Release.

2. ATTACHMENT 2: Included is Mr. Ridder's OLD PATTERN Score sheet from August
   of last year. Although he has not been able to acquire a new score sheet from
   the BOP, he would like to submit to the Court that his PATTERN risk of recidivism
   if he were released today is now MINIMUM. This is based on his age dropping
   7 points and his programs completed (as documented in his prior motion) dropping
   8 points, giving him a PATTERN Socre of 9 out of 113, or MINIMUM.

    MINIMUM is the <u>lowest</u> possible score on this evidence-based assessment,
meaning that there is effectively no rehabilitative purpose to further
incarcerate Mr. Ridder, and weighing in favor of his immediate release.
Also recall that any remaining recidivism risk can be mitigated by adding
Home Confinement to his conditions of supervised release, per his request.

3. ATTACHMENT 3: Included is a letter from Mr. Ridder's parents pledging their support, including housing.

4. ATTACHMENT 4: Included is a letter from Mr. Ridder's church, pledging support including allowing his ongoing active participation in their congregation with full knowledge of the nature of his crime.

5. Also note in the medical records, that the BOP is <u>not treating</u> Mr. Ridder's mental health issues, for which he was being treated on the outside and can be treated again if released.


WHEREFORE, Grant Ridder respectfully asks this Court to accept this supplement to his Motion for Compassionate Release and to ORDER that his medical records be filed under SEAL.


Respectfully Submitted,

DATE: 01 /26/ 2021

Grant Ridder
pro se

Reg. No. 24288-111
FCI Milan
P.O. Box 1000
Milan, MI. 48160

**ATTACHMENT 1**

# Bureau of Prisons
## Health Services
### History & Physical

| Inmate Name: | RIDDER, GRANT | | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M | Race:  WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | | Unit: | H03 |

| | |
|---|---|
| Seizures: | Denied |
| Diabetes: | Denied |
| Cardiovascular: | Denied |
| CVA: | Denied |
| Hypertension: | Denied |
| Respiratory: | Denied |
| Sickle Cell Anemia: | Denied |
| Carcinoma/Lymphoma: | Denied |
| Allergies: | Denied |

Tuberculosis:

    Hx of Previous Disease: No

    Blood-tinged Sputum: No

    Night Sweats: No

    Weight Loss: No

    Fever: No

    Cough: No

    Comments:

Infectious Disease Risk Factors:

    IV Drug Use: No

    IV Drug Use Needles:

    Sexual Partner IV Drug Use: No

    Sexual Partner IV Drug Use Needles:

    Female Sexual Partners (Last 5 Yrs): 2-5

    Male Sexual Partners (Last 5 Yrs): 0

    Condom Use:  Sometimes

    ████████████████

    Blood Product Transfusion: No

    Travel Outside US: Yes

    Tattoos: No

    Comments: Indonesia

    ████████                    ████████

| Hepatitis: | Denied |
|---|---|
| Other Infectious Diseases: | Denied |

| Inmate Name: | RIDDER, GRANT | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M   Race:  WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | Unit: | H03 |

**Abuse History:**

**Physical:** No

**Emotional:** No

**Sexual:** Yes

**Comments:** while in college

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** Outpatient Only/Medications ( +/- Therapy

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:** 1. ADHD: dx'd in elementary school, hasn't taken meds since 2013
2. high functioning autistic spectrum d/o: dx'd by forensic psychologist in 2018

**Substance Use History:**

| | **Last Used** | **Frequency** | **Route** | **Type** | **Amount** |
|---|---|---|---|---|---|
| **Alcohol** | 1 - 5 years | > 1 X per week | | Combination | 3 drinks / day |

**Hx of Withdrawal Symptoms:**

**Comments:**

**Current Painful Condition:**  Denied

**Other Health Issues:**

**Current Medical Conditions:**  1. ADHD: dx'd in elementary school, hasn't taken meds since 2013
2. high functioning autistic spectrum d/o: dx'd by forensic psychologist in 2018
3. h/o LBP: no pain currently, has taken Duloxetine in past

**Other Current Treatments:**

**Pregnant:**  N/A

**Dental Condition:**  Denied

| Inmate Name: | RIDDER, GRANT | | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M | Race: WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | | Unit: | H03 |

**Observations:**

    **Draining Skin Lesions:** No

    **Signs of Lice:** No

    **Signs of Scabies:** No

    **Signs of Recent Trauma:** No

    **Recent Tattoos:** No

    **Needle Marks:** No

    **Signs of Rash:** No

    **Open Sores:** No

    **Wounds:** No

    **Body Deformities:** No

    **Tremors:** No

    **Sweating:** No

    **Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | RIDDER, GRANT | | | Reg #: | 24288-111 |
| Date of Birth: | 12/27/1990 | Sex: | M   Race: WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | Unit: | H03 |

**Immunizations:**

**Hepatitis A Series Administration:** History Unknown, Not Administered

>   **Documented Date:** 03/20/2019 09:19 EST
>
>   **Immunization Date:**
>
>   **Provider:** Scherle, Gregory A. MD/CD
>
>   **Location:**
>
>   **Drug Mfg:**
>
>   **Lot Number:**
>
>   **Dosage:**
>
>   **Route:**
>
>   **Exp Dt:**
>
>   **Comments:**

**Hepatitis B Series Administration:** History Unknown, Not Administered

>   **Documented Date:** 03/20/2019 09:19 EST
>
>   **Immunization Date:**
>
>   **Provider:** Scherle, Gregory A. MD/CD
>
>   **Location:**
>
>   **Drug Mfg:**
>
>   **Lot Number:**
>
>   **Dosage:**
>
>   **Route:**
>
>   **Exp Dt:**
>
>   **Comments:**

**Measles/Mumps/Rubella Series Administration:** History Unknown, Not Administered

>   **Documented Date:** 03/20/2019 09:19 EST
>
>   **Immunization Date:**
>
>   **Provider:** Scherle, Gregory A. MD/CD
>
>   **Location:**
>
>   **Drug Mfg:**
>
>   **Lot Number:**
>
>   **Dosage:**
>
>   **Route:**
>
>   **Exp Dt:**
>
>   **Comments:**

**Smallpox Series Administration:** History Unknown, Not Administered

>   **Documented Date:** 03/20/2019 09:19 EST

| Inmate Name: | RIDDER, GRANT | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M    Race:  WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | Unit: | H03 |

**Immunization Date:**

**Provider:** Scherle, Gregory A. MD/CD

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Tetanus Administration:** History Unknown, Not Administered

**Documented Date:** 03/20/2019 09:19 EST

**Immunization Date:**

**Provider:** Scherle, Gregory A. MD/CD

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Varicella Series Administration:** History Unknown, Not Administered

**Documented Date:** 03/20/2019 09:19 EST

**Immunization Date:**

**Provider:** Scherle, Gregory A. MD/CD

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/20/2019 | 09:16 MIL | 97.9 | 36.6 | | Scherle, Gregory A. MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/20/2019 | 09:16 MIL | 64 | | | Scherle, Gregory A. MD/CD |

| Inmate Name: | RIDDER, GRANT | | | | Reg #: | 24288-111 |
| Date of Birth: | 12/27/1990 | Sex: | M | Race: WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | | Unit: | H03 |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 03/20/2019 | 09:16 MIL | 14 | Scherle, Gregory A. MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 03/20/2019 | 09:16 MIL | 121/62 | Right Arm | Sitting | Adult-regular | Scherle, Gregory A. MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|------|------|--------|-----|----------|
| 03/20/2019 | 09:16 MIL | 68.0 | 172.7 | Scherle, Gregory A. MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 03/20/2019 | 09:16 MIL | 175.0 | 79.4 | | Scherle, Gregory A. MD/CD |

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|------------------|---------------|
| Eye Glasses | Personal |

    **Comments:**

**Tobacco Usage:** Denied

**General Social History:**

  **Foreign Travel:**

  **Born in USA:**   Yes

  **Country of Birth:**  USA

**Family History - Father:**

  **Age at Death:**

  **Cause of Death:**

  **Significant Illnesses:**

  **Comments:**

**Family History - Mother:**

  **Age at Death:**

  **Cause of Death:**

  **Significant Illnesses:**

    Hypertension

  **Comments:**

**Family History - Sibling:**

  **Number of Siblings:** 1

  **Significant Illnesses:**

  **Comments:**

| Inmate Name: | RIDDER, GRANT | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M   Race:  WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | Unit: | H03 |

**Head:**

    **Normal:**   Yes

    **Comments:**

**Eyes:**

    **EOMI:** Yes

    **Icterus:** No

    **Conjunctival Inflammation:** No

    **Pupils PERRLA:** Yes

    **Pupil Size Rt:**

    **Pupil Size Lt:**

    **Pupils Comments:**

    **Fundi Vessels Nicking:** No

    **Fundi Vessels Discs Flat:** Yes

    **Fundi Vessels Discs Sharp Margins:** Yes

    **Fundi Vessels Grounds Abnormal:** No

    **Eyes Comments:**

**Ears:**

    **Right Ear:**   Canal patent

    **Left Ear:**    Canal patent

    **Ears Comments:**

**Nose:**

    **Nares Patent:** Yes

    **Septum Midline:** Yes

    **Septum Intact:** Yes

    **Drainage/Discharge:** No

    **Polyps:** No

    **Nose Comments:**

**Mouth**

    **Lesions:** No

    **Oral/Buccal Mucosa:** Yes

    **Gums Normal:** Yes

    **Tonsils Present:** Yes

        **Tonsils Normal:** Yes

    **Pharynx:** Normal Color

    **Teeth Poor Dentition:** No

    **Teeth Count:** Mostly Present

    **Dentures:** No

    **Mouth Comments:**

| Inmate Name: | RIDDER, GRANT | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M   Race:  WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | Unit: | H03 |

**Cranial Nerves:**

**Intact II-XII:** Yes

**Cranial Nerves Comments:**

**Neck:**

**Full ROM:** Yes

**Masses/Nodes:** No

**Trachea:** Midline

**Thyroid:** Normal Size

**Comments:**

**Breasts:**

**Normal:** Yes

**Masses:** No

**Tenderness:** No

**Scars:** No

**Dimpling:** No

**Nipple Discharge:** No

**Nipple Retraction:** No

**Instructions for Self Breast Exam Given:**  No

**Comments:**

**Thorax:**

**Contour Normal:** Yes

**Increased AP Diameter:** No

**Asymmetrical Expansion:** No

**Lungs Clear:** Yes

**Wheezes:** No

**Crackles:** No

**Rhonchi:** No

**Rales:** No

**Accessory Muscle Use:** No

**Comments:**

**Spine:**

**Deformity:** No

**Full ROM:** Yes

**Tenderness:** No

**Comments:**

| Inmate Name: | RIDDER, GRANT | | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M | Race: WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | | Unit: | H03 |

**Cardiovascular:**

**RRR:** Yes

**Normal S1/S2:** Yes

**Murmurs:** No

**Carotid Bruits:** No

**JVD:** No

| **Arteries:** | **Right** | **Left** |
|---|---|---|
| **Radial:** | | |
| **Femoral:** | | |
| **Dorsalis Pedis:** | | |
| **Post. Tibialis:** | | |

**Comments:**

**Abdomen:**

**Normal Contour:** Yes

**Scaphoid:** No

**Obese:** No

**Gravid:** No

**Hernias:** No

**Bruits:** No

**Masses:** No

**Scars:** No

**Tenderness:** No

**Organomegaly:** No

**Active Bowel Sounds:** Yes

**Comments:**

| Inmate Name: | RIDDER, GRANT | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M    Race: WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | Unit: | H03 |

**Extremities:**

**Nails Clubbing:** No

**Nails Cyanosis:** No

**Lower Extremity Edema - Right:** None

**Lower Extremity Edema - Left:** None

**Atrophy:** No

**Amputations:** No

**Other Deformities:** No

**Varicosities:** No

**Calf Tenderness:** No

**Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| Arm: | | |
| Leg: | | |
| **Full ROM:** | **Right** | **Left** |
| Arm: | Yes | Yes |
| Leg: | Yes | Yes |
| **Comments:** | | |

**Reflexes:**

| | **Right** | **Left** |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

**Sensation:**

**Vibratory:** Yes

**Light Touch:** Yes

**Pin Prick:** Yes

**Comments:**

**GU:**

**Chaperoned By:**

**Rectum: Not Done**

**Comments:** declined

| Inmate Name: | RIDDER, GRANT | | Reg #: | 24288-111 |
|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex:      M      Race:  WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider:   Scherle, Gregory A. | Unit: | H03 |

**Male Genitalia:**

**Penis:**

**Circumcised:** Yes

**Lesions:** No

**Discharge:** No

**Testicles:**

**Masses:** No

**Hernias:** No

**Size:** Normal Size

**Atrophy Location:**

**Varicocele/Spermatocele:**

**Comments:**

**Skin:**

**Normal:** Yes

**Rash:** No

**Redness:** No

**Abnormal Pigmentation:** No

**Abnormal Lesions/Growths:** No

**Comments:**

**Lymphatics:**

**Adenopathy:** No

**Comments:**

**Potential Items For Follow-up:**

**Item**

Travel Outside US

Sexual Abuse History

Substance Abuse History

Current Medical Conditions

Eye Glasses

Rectum Not Done

PPD Administration Not Performed

**Cleared For Food Services:** Yes

**Health Problems Newly Identified During This Encounter:**

Health Problem

Autistic disorder - Current - Reported by inmate as high functioning ASD

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | RIDDER, GRANT | | | Reg #: | 24288-111 |
|---|---|---|---|---|---|
| Date of Birth: | 12/27/1990 | Sex: | M   Race:  WHITE | Facility: | MIL |
| Encounter Date: | 03/20/2019 09:03 | Provider: | Scherle, Gregory A. | Unit: | H03 |

**Discontinued Medication Orders:**

| <u>Rx#</u> | <u>Medication</u> | <u>Order Date</u> | <u>Prescriber Order</u> |
|---|---|---|---|
| 148712-MIL | DULoxetine HCl Delayed Rel 60 MG Cap | 03/20/2019 09:03 | Take one capsule (60 MG) by mouth each morning with food ***Do Not Crush*** New intake/ Unknown if need consent 3-13-19 |

| | **Discontinue Type:** | When Pharmacy Processes |
|---|---|---|
| | **Discontinue Reason:** | discontinue |
| | **Indication:** | |

**New Laboratory Requests:**

| <u>Details</u> | <u>Frequency</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|
| Lab Tests - Short List-General-RPR | One Time | 04/19/2019 00:00 | Routine |
| Lab Tests - Short List-General-HIV 1/2 | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 03/20/2019 | Counseling | Access to Care | Scherle, Gregory | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Scherle, Gregory A. MD/CD on 03/20/2019 09:28

**Bureau of Prisons**
**Health Services**
**Health Problems**

| Reg #: 24288-111 | Inmate Name:  RIDDER, GRANT |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Autistic disorder | | ICD-10 | F840 | 03/20/2019 | Current | |
| 03/20/2019 09:26 EST  Scherle, Gregory A. MD/CD<br>Reported by inmate as high functioning ASD | | | | | | |
| Myopia | | ICD-10 | H5210 | 06/12/2019 | Current | |
| 06/12/2019 12:06 EST  Weston, Jonathan OD | | | | | | |
| Low vision, both eyes | | ICD-10 | H542 | 03/15/2019 | Current | |
| 03/15/2019 10:36 EST  Udegbunam, Ukamaka M NP-C | | | | | | |
| Impacted cerumen | | ICD-10 | H6120 | 03/25/2019 | Current | |
| 03/25/2019 11:15 EST  Udegbunam, Ukamaka M NP-C<br>left ear | | | | | | |
| Seborrheic dermatitis, unspecified | | ICD-10 | L219 | 03/25/2019 | Current | |
| 03/25/2019 11:15 EST  Udegbunam, Ukamaka M NP-C | | | | | | |

**Total: 5**

TRULINCS  24288111 - RIDDER, GRANT - Unit: MIL-H-B

---------------------------------------------------------------------------------------------

FROM: Medical Services
TO: 24288111
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/05/2021 08:02:02 AM

Unfortunately he is not here anymore, only him can correct that
Thanks Amaka NP

>>> ~^!"RIDDER, ~^!GRANT" <24288111@inmatemessage.com> 12/29/2020 10:12 AM >>>
To:
Inmate Work Assignment: U PTB 1234

Greetings,
I picked up a copy of my medical records today and noticed an error on one of the entries.  The error is on "Encounter Date: 03/20/2019 09:03" by Dr. Scherle.

Under Mental Health -> Comments and Other Health Issues -> Current Medical Conditions (both on page 2 of print out) it says the following:
"1. ADHD: dx'd in elementry school, hasn't taken meds since 2013"

It should say:
"1. ADHD: dx'd in elementry school, hans't taken meds since 2017 when arrested, requested Strattera reinstatement, denied"

Please let me know when this has been corrected.  If possible could I then get an updated copy of that record?

Thank You,
Grant

**ATTACHMENT 2**

# MALE PATTERN RISK SCORING

| Register Number: | 24288-111 | Date: | 8/14/2020 |
|---|---|---|---|
| Inmate Name: | Ridder, Grant | | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
|---|---|---|---|---|---|
| **1. Current Age** <br> Click on gray dropdown box to select, then click on dropdown arrow | > 60 | 0 | **28** | 0 | **16** |
| | 51-60 | 7 | | 4 | |
| | 41-50 | 14 | | 8 | |
| | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** | No | 0 | **1** | 0 | **0** |
| | Yes | 1 | | 0 | |
| **3. Violent Offense (PATTERN)** | No | 0 | **0** | 0 | **0** |
| | Yes | 5 | | 5 | |
| **4. Criminal History Points** | 0 - 1  Points | 0 | **0** | 0 | **0** |
| | 2 - 3  Points | 8 | | 4 | |
| | 4 - 6  Points | 16 | | 8 | |
| | 7 - 9  Points | 24 | | 12 | |
| | 10 - 12  Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** | None | 0 | **0** | 0 | **0** |
| | > 10 Years Minor | 2 | | 1 | |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** | None | 0 | **0** | 0 | **0** |
| | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10  Years Minor | 3 | | 3 | |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** | Not Enrolled | 0 | **-4** | 0 | **-2** |
| | Enrolled in GED | -2 | | -1 | |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** | No DAP Completed | 0 | **0** | 0 | **0** |
| | NRDAP Complete | -3 | | -1 | |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports   (120 months)** | 0 | 0 | **0** | 0 | **0** |
| | 1 | 1 | | 1 | |
| | 2 | 2 | | 2 | |
| | > 2 | 3 | | 3 | |
| **10. Serious Incident Reports  (120 months)** | 0 | 0 | **0** | 0 | **0** |
| | 1 | 2 | | 2 | |
| | 2 | 4 | | 4 | |
| | > 2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** | 12+ months or no incidents | 0 | **0** | 0 | **0** |
| | 7-12 months | 2 | | 1 | |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** | 12+ months or no incidents | 0 | **0** | 0 | **0** |
| | 7-12 months | 1 | | 2 | |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| **13. FRP Refuse** | NO | 0 | **0** | 0 | **0** |
| | YES | 1 | | 1 | |
| **14. Programs Completed** | 0 | 0 | **0** | 0 | **0** |
| | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | | -2 | |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** | 0 Programs | 0 | **-1** | 0 | **-1** |
| | 1 Program | -1 | | -1 | |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | **24** | Violent: | **13** |
| **General/Violent Risk Levels** | | General: | Low | Violent: | Minimum |
| **OVERALL MALE PATTERN RISK LEVEL** | | | **Low** | | |

ATTACHMENT 3

40124 Lone Oak Road
Beach Park, Illinois 60099
Telephone:  847-872-2308
December 20, 2020

To Whom It May Concern:

We were in attendance at Grant's sentencing hearing, and we fully understand what he did and why he was sent to prison.  However, he is still our son, and he has acknowledged his wrongdoing and repented of it.  We still love him dearly, and we have been supporting him during his time in jail and in prison, visiting him as much as possible since he is a five hour drive from our home.  It was quite difficult during the past year with the COVID-19.  We were not able to see him until the beginning of December because of the visiting restrictions.  We speak with him on the telephone at least 6 times a week, and look forward to his calls.  When he is released, we will welcome him home as the Biblical Prodigal Son was welcomed home.

We understand there will be restrictions on Grant if he stays with us, and we will be more than willing to abide by whatever restrictions are deemed necessary.  We understand that may mean no firearms in the home, and that there will be restrictions on Grant's computer usage, along with monitoring software on whatever computer to which he has access.  We do own our house outright, with no mortgages or liens against it, so that he would have a stable residence.  There would be no risk of loosing the house.  Our incomes are stable, Dale has a Veteran's Administration disability pension and Social Security.  We would be able to support him financially until such time as he has a full-time paid position, and while he is undergoing whatever additional treatment the court would deem necessary.

Our names are:
Dale and Barbara Ridder
40124 Lone Oak Road
Beach Park, Illinois 60099
Telephone:  847-872-2308
Email Addresses:  daledrr@earthlink.net, barbbrr@aol.com

Respectfully Yours,

*Dale R. Ridder*

*Barbara R Ridder*

ATTACHMENT 4

# CHRIST COMMUNITY CHURCH

2500 Dowie Memorial Drive
Zion, IL 60099
847.746.1411     www.ccczion.org



*"Building on The Word"*

January 13, 2021

To whom it may concern:

This letter is written on behalf of Grant Ridder, who was part of our church family before moving out of the area some years ago.

I write to affirm that on his release – whenever that may occur – he will be welcome to attend and worship here.

Our church has well-thought-out parameters for involvement by persons charged with sex offenses. Grant would, of course, be familiarized with our policy and agree to abide by it. The policy precludes ministry or involvement with children and youth, and requires accountability to one of our pastors.

I can be reached at the phone number on this letterhead or at klangley@ccczion.org, should you need more information.

Sincerely,

Ken Langley
Senior Pastor

**CERTIFIED MAIL**

7018 1130 0001 2361 1724

U.S. POSTAGE PAID
FCM LG ENV
MILAN, MI
48160
FEB 00 '21
AMOUNT
$0.00
R2305K13957-46

94102

U.S. District Court Clerk
Northern District of California
450 Golden Gate Ave, 16th Floor
San Francisco, CA. 94102

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**RECEIVED**
FEB 05 2021

Grant Ridder #24288-111
FCI Milan-Federal Correctional Institution
P.O. Box 1000
Milan, MI. 48160